UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA BELYEW,

    Plaintiff,

v.

JAMES REILLY,

    Defendant.

No. 2:17-cv-1153-JAM-EFB P

ORDER

    Plaintiff, a pretrial detainee at the time she commenced this action, is proceeding pro se seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 8, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 8, 2017, are adopted in full; and

2. This action is dismissed with prejudice for failure to a claim upon which relief can be granted.

DATED: 12/19/2017

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE